DIANE YATAURO et al., Appellants, v EDWARD P. MANGANO et al., Respondents, and WILLIAM T. BIAMONTE, Appellant.

Submitted August 24, 2011; decided August 24, 2011

Motion by Carrie M. Solages for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.